UNITED STATES of America, Plaintiff–Appellee,

v.

Robert KENNEDY, Jr., a/k/a Mosquito, Defendant–Appellant.

No. 12–6164.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Robert Kennedy, Jr., Appellant Pro Se.

Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Kennedy, Jr., appeals the district court's orders denying his motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kennedy*, No. 4:01–cr–70025–NKM–1 (W.D.Va. Dec. 1, 2011 & Jan. 19, 2012). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*